Law Offices
# Fusco & Macaluso, P.A.
A Professional Association

A.J. Fusco, Jr.*
Roy R. Macaluso*⊥

Paul M. Uhlik
Paulette Pitt
Brandon J. Broderick
David P. Kreizer *

\* Member of NJ and NY Bar
⊥ Member of NJ and D.C. Bar

P.O. Box 838, 150 Passaic Avenue
Passaic, New Jersey 07055
(973) 779-1163

Fax: (973) 779-5437
www.fuscoandmacaluso.com

New York Office
77 Baxter Street
New York, NY 10013
(212) 964-7650

Trenton Office
108 W. State Street
Trenton, NJ 08625
(609) 599-1222

Newark Office
51 Rector Street, Suite 205
Newark, NJ 07105
(973) 622-1699

October 24, 2008

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Frank R. Lautenberg United States
  Post Office & Courthouse - Room 417
Federal Square
P.O. Box 999
Newark, New Jersey 07101-0999

Re: **United States v. Mohamed Alkhawam**
    **Criminal Number 06-01001-001(SRC)**

Dear Judge Chesler:

Mohamed Alkhawam was notified that he is scheduled to surrender on November 5, 2008. I am writing to request an extension of time of thirty days to provide him with sufficient time to move his wife, infant daughter and belongings to his sister's home and to allow additional time for the motion for bail pending appeal to be decided in this Court, and in the Third Circuit, if necessary.

Thank you for your attention in this matter.

Respectfully submitted,
FUSCO & MACALUSO, P.A.

/s/Paulette L. Pitt
Paulette L. Pitt, Esq.

PLP/jg
c.c.: Camelia Valdes, Esq., Assistant United States Attorney
      Mary Beth Wohl, Probation Office
      United States Marshal's Office
      Pretrial Services (Westchester)
      FCI Otisville
      Joyce Horikawa, Esq. United States Bureau of Prisons